```
IN THE UNITED STATES DISTRICT COURT FOR THE
           EASTERN DISTRICT OF OKLAHOMA


LOYCE ALLEN RAY,                  )
                                  )
                Plaintiff,        )
                                  )
        v.                        )       No. CIV-06-141-FHS
                                  )
MICHAEL J. ASTRUE,                )
Commissioner Social Security      )
Administration,                   )
                                  )
                Defendant.        )
```

## JUDGMENT

Pursuant to this court's order of November 27, 2007, remanding this action to the defendant under the fourth sentence of 42 U.S.C. §405(g), the court orders judgment entered for the plaintiff and against the defendant in accordance with the provisions of Rule 58, Federal Rules of Civil Procedure.

**IT IS SO ORDERED** this 27th day of November 2007.

*Frank H. Seay*
Frank H. Seay
United States District Judge